**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **WATTS CHOPPING** | |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 80-0825521 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13214 Eberle Road** <br> **Bakersfield, CA 93313** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kern** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **WATTS CHOPPING** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

‒‒‒‒

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

| Debtor | **WATTS CHOPPING** | Case number *(if known)* |
|---|---|---|
| | Name | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | __WATTS CHOPPING__ | Case number (*if known*) |
| | Name | |

---

**■ Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February 19, 2025__
                      MM / DD / YYYY

X _/s/ Garry Edward Watts_                                    __Garry Edward Watts__
Signature of authorized representative of debtor          Printed name

Title   __Chief Executive Officer__

---

**18. Signature of attorney**

X _/s/ Leonard K. Welsh_                                    Date   __February 19, 2025__
Signature of attorney for debtor                               MM / DD / YYYY

__Leonard K. Welsh 097954__
Printed name

__Law Offices of Young Wooldridge, LLP__
Firm name

__10800 Stockdale Highway, Suite 202__
__Bakersfield, CA 93311__
Number, Street, City, State & ZIP Code

Contact phone   __661-327-9661__        Email address   __lwelsh@youngwooldridge.com__

__097954 CA__
Bar number and State

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Eastern District of California

In re   **WATTS CHOPPING** _____          Case No. _____
                                    Debtor(s)                Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | See attached |
   | Prior to the filing of this statement I have received | $ | See attached |
   | Balance Due | $ | See attached |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

February **2.!**, 2025 _____          _Leonard K. Welsh_
_Date_                                                    Leonard K. Welsh 097954
                                                          _Signature of Attorney_
                                                          **Law Offices of Young Wooldridge, LLP**
                                                          **10800 Stockdale Highway, Suite 202**
                                                          **Bakersfield, CA 93311**
                                                          **661-327-9661  Fax: 661-663-4140**
                                                          **lwelsh@youngwooldridge.com**
                                                          _Name of law firm_

## ATTACHMENT

Debtor agreed to pay the Law Offices of Young Wooldridge a fee for legal services rendered in the present Chapter 11 Bankruptcy proceeding based on the following fees schedule:

| | |
|---|---|
| Leonard K. Welsh, Esq. | $400.00 per hour |
| Legal Assistants | $150.00 per hour |

plus costs.

Debtor paid a retainer of $25,000.00 to the Law Offices of Young Wooldridge before the filing of Debtor's Voluntary Petition Under Chapter 11. The Law Offices of Young Wooldridge applied $13,969.70 of the retainer to fees and costs incurred before the filing of Debtors' Chapter 11 case. The balance of the retainer received from Debtor is on deposit in the Law Offices of Young Wooldridge's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 case.

All fees and costs incurred by the Law Offices of Young Wooldridge after February 21, 2025 will be paid after an Application for Allowance of Attorneys Fees and Costs is approved by the Bankruptcy Court as a part of Debtor's case.

**Fill in this information to identify the case:**

Debtor name    **WATTS CHOPPING**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 21, 2025    x _____
                                           Signature of individual signing on behalf of debtor

                                           **Garry Edward Watts**
                                           Printed name

                                           **Chief Executive Officer**
                                           Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

| Debtor name | **WATTS CHOPPING** |
| --- | --- |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................    $     650,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................    $     2,562,563.02

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................    $     3,212,563.02

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................................    $     3,039,922.61

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................    $     42,604.38

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$     236,442.21

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b        $     3,318,969.20

**Fill in this information to identify the case:**

Debtor name          **WATTS CHOPPING**

United States Bankruptcy Court for the:          EASTERN DISTRICT OF CALIFORNIA

Case number (if known)          _____

☐ Check if this is an
     amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Business Checking** | **0537** | $0.00 |
| 3.2. | **Valley Strong Credit Union** | **Checking** | **4870** | $6,638.02 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $6,638.02

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor  **WATTS CHOPPING**          Case number *(if known)* _____
_____
Name

| 11a. 90 days old or less: | **234,600.00** | - | **0.00** = .... | **$234,600.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.  **Total of Part 3.**                                         **$234,600.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Farm Machinery and Equipment** | | | |
| | **See attached Exhibit "1"** | **$0.00** | | **$1,367,500.00** |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

33.  **Total of Part 6.**                                         **$1,367,500.00**
Add lines 28 through 32.  Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
         ☐ No
         ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

Debtor    **WATTS CHOPPING**    Case number *(If known)* _____
       Name

■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Office Equipment, furnishings, and Supplies** | | | |
| **See attached Exhibit "2"** | $0.00 | | $4,825.00 |

| | | | |
|---|---|---|---|
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $4,825.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|   **47.1.** **Automobiles, Trucks, and Trailers** | | | |
|     **See attached Exhibit "3"** | $0.00 | Market | $949,000.00 |

| Debtor | **WATTS CHOPPING** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $949,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

    - ☐ No. Go to Part 10.
    - ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real property located at 13627 Chevalier Road Bakersfield, CA 93313 APN: 185-381-31-00** | fee simple | $0.00 | Market | $650,000.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $650,000.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ■ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ■ No. Go to Part 11.

Debtor     __WATTS CHOPPING_____          Case number *(If known)* _____
            Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   <u>**WATTS CHOPPING**</u>                                    Case number *(If known)*   _____
            Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,638.02 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $234,600.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $1,367,500.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,825.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $949,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $650,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,562,563.02 | + 91b.   $650,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,212,563.02 |

---

## EXHIBIT "1"

## FARM MACHINERY AND EQUIPMENT
## WITH LIENS

**Creditor:  Alliance Funding Group**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| 2012 Macdon M205 | 217649 | $10,000.00 |
|  |  |  |
| **SUBTOTAL** |  | **$10,000.00** |

**Creditor:  Ally Financial**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| 2021 GMC Sierra 1500 Truck | 09539 | $30,000.00 |
| 2019 Chevrolet Silverado Truck | 53636 | $30,000.00 |
|  |  |  |
| **SUBTOTAL** |  | **$60,000.00** |

**Creditor: Amur Equipment Finance**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| 2021 Claas 502-990 Forage Harvester | 50200634 | $110,000.00 |
| 2020 Claas Orbis 900 Cornhead | 15301435 | $25,000.00 |
| 2020 Claas PU380 136 Pickup Head | 13602485 | $10,000.00 |
|  |  |  |
| **SUBTOTAL** |  | **$145,000.00** |

**Creditor:  Balboa Capital**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| 2011 Freightliner M2 112 6 x 4 Day Cab Truck | 96176 | $10,000.00 |
|  |  |  |
| **SUBTOTAL** |  | **$10,000.00** |

**Creditor:  Claas Financial Services**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| 2022 Jaguar 990 Forage Harvester | 50201703 | $90,000.00 |
| Claas PU380 Pickup Head | 13604285 | $20,000.00 |
|  |  |  |
| **SUBTOTAL** |  | **$110,000.00** |

**Creditor: Crestmark Vendor Finance**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| Massey Ferguson 9980 Windrower and 9316S Header Forage Harvester | S14123 | $60,000.00 |
| | | |
| **SUBTOTAL** | | **$60,000.00** |

**Creditor: Deere & Company**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| John Deere 6195 6195R 195HP Tractor | 028321 | $35,000.00 |
| John Deere 649 Hay & Forage Platform | 136016 | $10,000.00 |
| John Deere 778 Hay & Forage Cornhead | 127526 | $20,000.00 |
| John Deere 649 Hay & Forage Platform | 128567 | $10,000.00 |
| ZURN 700 Hay & Forage Platform | 30309 | $15,000.00 |
| | | |
| John Deere 9700 Forage Harvester | 61959 | $100,000.00 |
| John Deere 1WXC Kernal Processor | 010205 | |
| John Deere 770 Hay & Forage Cornhead | 134875 | |
| | | |
| **SUBTOTAL** | | **$190,000.00** |

**Creditor: Financial Pacific Leasing**

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2003 Kenworth 7800 T/A Wrinch Tractor | 99439 | $10,000.00 |
| 2015 Freightliner Day Cab Truck | GJ2502 | $10,000.00 |
| 2014 Freightliner | F4647 | $10,000.00 |
| 1999 Trinity Truck | 14110 | $26,000.00 |
| | | |
| **SUBTOTAL** | | **$56,000.00** |

**Creditor: First Foundation Bank**

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2021 Kemper 490 Plus | 136736 | $30,000.00 |
| 2022 Claas PU380 Pickup Head | 13604278 | $10,000.00 |
| | | |
| **SUBTOTAL** | | **$40,000.00** |

**Creditor: GM Financial**

| DESCRIPTION | VIN/SN NO. | VALUE |
|---|---|---|
| 2019 GMC Sierra 2500 HD | 45737 | $20,000.00 |
| | | |
| **SUBTOTAL** | | **$20,000.00** |

### Creditor: JB&B Capital, LLC

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2022 Claas 502-990 Forage Harvester | 50201782 | $110,000.00 |
| | | |
| **SUBTOTAL** | | **$110,000.00** |

### Creditor: M2 Equipment Finance, LLC

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2020 Jaguar Forage Harvester | 50200507 | $110,000.00 |
| (4) 2009 Versa Silage Boxes | 1233; 1234; 1235; and 1236 | $20,000.00 |
| | | |
| **SUBTOTAL** | | **$30,000.00** |

### Creditor: Midland Equipment Finance

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2020 Hesston by Massey Ferguson 9970 Tractor | 13180 | $60,000.00 |
| | | |
| **SUBTOTAL** | | **$60,000.00** |

### Creditor: Navitas Credit Corp

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2017 Macdon 16' Windrower Model M1240 | 308026 | $15,000.00 |
| | | |
| **SUBTOTAL** | | **$15,000.00** |

### Creditor: Pawnee Leasing

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| WR 9980 OPT-Aire Ride Cab | S14177 | $40,000.00 |
| 9316-S Head | RH7142 | $20,000.00 |
| | | |
| **SUBTOTAL** | | **$60,000.00** |

### Creditor: Targeted Lending

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2021 Kemper 475 Cornheader | 36088 | $25,000.00 |
| | | |
| **SUBTOTAL** | | **$25,000.00** |

**Creditor:  Verdant Commercial Capital, LLC**

| DESCRIPTION | VIN NO. | VALUE |
|---|---|---|
| 2021 Claas PU380 Pickup Head | 13603381 | $10,000.00 |
| 2021 Kemper 490 Plus Header | M138078 | $25,000.00 |
| | | |
| **SUBTOTAL** | | **$35,000.00** |

TOTAL:          $1,036,000.00

EXHIBIT "1"

| Farm Machinery and Equipment Without Liens | | |
|---|---|---|
| Description | VIN/SN NO | VALUE |
| 2005 KUBOTA 4800SU-F 2WD TRACTOR | 11770 | $ 3,000.00 |
| CASE IH 821 E WHEEL LOADER | N6F20358 | $ 30,000.00 |
| 2012 JOHN DEERE 5085 UTILITY TRACTOR | 1PY5065EEBB00641 | $ 8,500.00 |
| CHALLENGER WR9770 SWATHER W/ROTARY HEADER | S13541 | $ 25,000.00 |
| 2013 JOHN DEERE 9410 W/BLADE 10203020 | 1RW9410RJDP0010368 | $ 70,000.00 |
| 2015 ROC MERGER RT840 | F051 | $ 25,000.00 |
| CATERPILLAR 950G WHEEL LOADER | 3JW01804 | $ 40,000.00 |
| 2014 JOHN DEERE 9460R | IRW9460RKEP012473 | $ 80,000.00 |
| 2017 MACDON M1240 W/16 R85 ROTARY HEAD | 306158-17 | $ 50,000.00 |

TOTAL:     $331,500.00

Exhibit "2"

| | | Office equipment, furnishing, or supplies. | | |
|---|---|---|---|---|
| | Description | Location | Market Value | |
| 1 | HP 2009M Desktop | 13214 Eberle Rd Bakersfield CA 93313 | $ | 100.00 |
| 2 | Samsung Led Desktop | 13214 Eberle Rd Bakersfield CA 93313 | $ | 150.00 |
| 3 | HP V24 Desktop | 13214 Eberle Rd Bakersfield CA 93313 | $ | 150.00 |
| 4 | Ricoh MP C401 Printer | 13214 Eberle Rd Bakersfield CA 93313 | $ | 1,700.00 |
| 5 | Business Desk | 13214 Eberle Rd Bakersfield CA 93313 | $ | 500.00 |
| 6 | Business Desk | 13214 Eberle Rd Bakersfield CA 93313 | $ | 500.00 |
| 7 | Office Chair | 13214 Eberle Rd Bakersfield CA 93313 | $ | 50.00 |
| 8 | Office Chair | 13214 Eberle Rd Bakersfield CA 93313 | $ | 50.00 |
| 9 | Lateral File Cabinet with lock | 13214 Eberle Rd Bakersfield CA 93313 | $ | 400.00 |
| 10 | Lateral File Cabinet with lock | 13214 Eberle Rd Bakersfield CA 93313 | $ | 200.00 |
| 11 | Executive Desk | 13214 Eberle Rd Bakersfield CA 93313 | $ | 300.00 |
| 12 | Brother DCP L2550 Printer | 13214 Eberle Rd Bakersfield CA 93313 | $ | 300.00 |
| 13 | Folding metal chair | 13214 Eberle Rd Bakersfield CA 93313 | $ | 20.00 |
| 14 | Folding metal chair | 13214 Eberle Rd Bakersfield CA 93313 | $ | 20.00 |
| 15 | Wooden file organizer | 13214 Eberle Rd Bakersfield CA 93313 | $ | 20.00 |
| 16 | Platic file organizer | 13214 Eberle Rd Bakersfield CA 93313 | $ | 15.00 |
| 17 | Moible file cabniet | 13214 Eberle Rd Bakersfield CA 93313 | $ | 80.00 |
| 18 | Moible file cabniet | 13214 Eberle Rd Bakersfield CA 93313 | $ | 30.00 |
| 19 | Metal horizontal file cabniet | 13214 Eberle Rd Bakersfield CA 93313 | $ | 100.00 |
| 20 | Polycom Telphone | 13214 Eberle Rd Bakersfield CA 93313 | $ | 140.00 |

TOTAL          $4,825.00

EXHIBIT "3"

List of automobiles, trucks, trailers, RV's, motercycles, etc.

| | Year | Make and Model | VIN # | Mileage | Market Value |
|---|---|---|---|---|---|
| 1 | 2006 | Cheverolote Silverado | 3GCEC14V16G223015 | | 10000 |
| 2 | 2013 | GMC Sierra | 1GT12ZC82DF206492 | | 12000 |
| 3 | 2004 | Peterbilt | 1XPGDU9X54D821358 | | 20,000 |
| 4 | 2014 | Ram 5500 | 3C7WRMFL1EG187408 | | 14,000 |
| 5 | 2005 | Cheverolote Silverado | 2GCEC13T651349247 | | 10000 |
| 6 | 1998 | Freightliner | 1FVXDMDB2WP618544 | | 20,000 |
| 7 | 2004 | Peterbilt | 2XPADU0X74M816613 | | 20,000 |
| 8 | 2012 | Service Trailer | 38 | | 2500 |
| 9 | 2010 | Donahue | 40 | | 2500 |
| 10 | 2009 | Donahue | 1D9EK22H89D221072 | | 2500 |
| 11 | 2007 | Kenworth W800 | 1NKWLU9XX7J209712 | | 20,000 |
| 12 | 2016 | Fliegl 391 Tridem | WGJ113294GM401061 | | 25000 |
| 13 | 1998 | Kenworth T800 | 1XKDDB9X5WJ782840 | | 20,000 |
| 14 | 2003 | Utility Ref | 1UYVS24833U0693601 | | 2500 |
| 15 | 2009 | Freightliner Cascadia | 1FUJGECV29LAF3077 | | 20,000 |
| 16 | 1995 | Freightliner FLC120 | 1FVZDMCB7SP621055 | | 20,000 |
| 17 | 2003 | Freightliner | 1FVHA6CV3PL73411 | | 20,000 |
| 18 | 2004 | Freightliner | 1FUJA6CV84PM25791 | | 20,000 |
| 19 | 2011 | Danco | 1D9109J288BT02505 | | 5000 |
| | 1999 | Trinity | | | |
| 20 | 2003 | Peterbilt 379 | 1XP5DB9X23D807993 | | 20,000 |
| 21 | 2009 | Freightliner Columbia | 1FUJA6CKX9LAG2526 | | 20,000 |
| 22 | 2014 | Freightliner M2 | 1FVAC4DV1EHFR0220 | | 20,000 |
| 23 | 2014 | Freightliner M2 112 | 3ALAC4DVXEDFT2712 | | 20,000 |
| 24 | 2014 | Freightliner M2 112 | 1FVAC4DV5EHFR0219 | | 20,000 |
| 25 | 2014 | Kenworth T800 | 1XKDD40ZLEJ394236 | | 20,000 |
| 26 | 2014 | Freightliner M2 112 | 3ALAC4DV2EDFZ9997 | | 20,000 |
| 27 | 2015 | Kenworth T800 | 1XKDD40X4FJ443978 | | 20,000 |
| 28 | 2015 | Freightliner M2 112 | 1FUJC5DV0CDBK2994 | | 20,000 |
| 29 | 2014 | Freightliner M2 112 | 1FVAC4DV1EHFV3362 | | 20,000 |
| 30 | 2012 | Peterbilt 365 | 1XPSD79X5CD159324 | | 20,000 |
| 31 | 2015 | Freightliner TR | 3AKJGND62FDGH1771 | | 20,000 |
| 32 | 2000 | Peterbilt 377 | 1XPCDR9X9YD47657 | | 20,000 |
| 33 | 2013 | Freightliner M2 112 | 3ALHC5DV9DDFJ2082 | | 20,000 |
| 34 | 2013 | Freightliner M2 112 | 2ALHC5DV2DDFH1423 | | 20,000 |
| 35 | 2014 | Freightliner M2 112 | 1FUBC4CY8EHFL1542 | | 20,000 |
| 36 | 2013 | Freightliner M2 112 | 1FVHC5DV2DHBT2009 | | 20,000 |
| 37 | 2014 | Freightliner M2 112 | 3ALAC4DV1EDFT2713 | | 20,000 |
| 38 | 2013 | Freightliner M2 112 | 1FVHC5DV6DHBW2937 | | 20,000 |
| 39 | 2013 | Freightliner M2 112 | 3ALHC5DV0DDFH1419 | | 20,000 |
| 40 | 2014 | Freightliner M2 112 | 3ALAC4DV2EDFT2252 | | 20,000 |
| 41 | 2013 | Kenworth T800 | 1XKDD49XXDJ367358 | | 20,000 |
| 42 | 2006 | Dargo Carrier Trailer | 5HGBC18265M009291 | | 4000 |
| 43 | 1981 | S&H Utility | 40BNBB29EA1076876 | | 2500 |
| 44 | 2005 | Donahue | DC9EG12F15DDC9693 | | 5000 |
| 45 | 2012 | Freightliner M2 112 | 1FVHC5DV8CDBK0100 | | 20,000 |

| | | | | | |
|---|---|---|---|---|---|
| 46 | 2004 | Peterbilt | 1XP5DB9X94D826364 | | 20,000 |
| 47 | 2017 | Peterbiilt 385 | 1XPGDU9X7YS509897 | | 20,000 |
| 48 | 2001 | Westernstar 4964SX | 2WLPDDXJ91K971939 | | 20,000 |
| 49 | 2014 | Freightliner M2 112 | 3ALAC4DV0EDFT4646 | | 20,000 |
| 50 | 2014 | Freightliner M21 TRT | 1FUBA5CK79LAG5835 | | 20,000 |
| | | | | | |
| | | | | | |
| 51 | 2016 | GMC | 3GTP1MEC1GG317555 | | 15000 |
| 52 | 2018 | Cimarron | 5PASG2422JC011191 | | 20000 |
| 53 | 2012 | Westernstar | 5DN174829CB000561 | | 20000 |
| 54 | 2006 | Haulmark | 16HGB24265A014381 | | 4000 |
| | | | | | |
| 55 | 2001 | Cheverolote Silverado | 1GCHK24U61E237988 | | 10000 |
| | | | | | |
| | | | | | |
| 56 | 2014 | Freightliner M2 112 | 3AKBC4DVXEDFW7128 | | 20,000 |
| 57 | 2012 | Kenworth T660 | 1XKAD49X4CJ283618 | | 20,000 |
| 58 | 2012 | Service Trailer | 39 | | 2500 |
| 59 | 2014 | Freightliner M2 112 | 1FVAC4DV3EHFV3363 | | 20,000 |

TOTAL     $949,000.00

**Fill in this information to identify the case:**

Debtor name  **WATTS CHOPPING**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1  aaKern County Tax Collector**
Creditor's Name

**1115 Truxrtn Avenue, 2nd Floor**
**Bakersfield, CA 93301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. AgWest  Farm Credit**
**2. aaKern County Tax Collector**
**3. AgWest  Farm Credit**

Describe debtor's property that is subject to a lien
**Real property located at**
**13627 Chevalier Road**
**Bakersfield, CA 93313**
**APN: 185-381-31-00**

Describe the lien
**Real property taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,067.98          $650,000.00

**2.2  AgWest  Farm Credit**
Creditor's Name

**3755 Atherton Road**
**Rocklin, CA 95765**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**Real property located at**
**13627 Chevalier Road**
**Bakersfield, CA 93313**
**APN: 185-381-31-00**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

$363,447.26          $650,000.00

Debtor  **WATTS CHOPPING**          Case number (if known) _____
         Name

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8101**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **AgWest Farm Credit** | | $332,424.31 | $650,000.00 |
|---|---|---|---|---|

Creditor's Name

**3755 Atherton Road**
**Rocklin, CA 95765**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4101**

**Describe debtor's property that is subject to a lien**
**Real property located at**
**13627 Chevalier Road**
**Bakersfield, CA 93313**
**APN: 185-381-31-00**

**Describe the lien**
**Second Deed of Trust**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Alliance Funding Group** | | $37,570.34 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**17542 17th Street**
**Tustin, CA 92780**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5333**

**Describe debtor's property that is subject to a lien**
**2012 Macdon M205 (SN: 217649)**

**Describe the lien**
**UCC Financing Statement filed 2/1/2022**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Financial** | | $34,343.87 | $30,000.00 |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

---

Debtor  **WATTS CHOPPING**                     Case number (if known) _____
_____
Name

Creditor's Name
_____

**2021 GMC Sierra 1500 Truck**
VIN:XX09539

**P.O. Box 380901**
**Minneapolis, MN 55438**
_____
Creditor's mailing address

**Describe the lien**
Creditor's mailing address

**Purchase Money Security Interest**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**5047**

Do multiple creditors have an
interest in the same property?              As of the petition filing date, the claim is:
Check all that apply

■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.6 | **Ally Financial** | Describe debtor's property that is subject to a lien | $39,285.73 | $30,000.00 |

Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 380901**          **2019 Chevrolet Silverado Truck**
**Minneapolis, MN 55438**    VIN: 53636
_____
Creditor's mailing address

**Describe the lien**

**Purchase Money Security Interest**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**5795**

Do multiple creditors have an
interest in the same property?              As of the petition filing date, the claim is:
Check all that apply

■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.7 | **Amur Equipment Finance** | Describe debtor's property that is subject to a lien | $101,108.50 | $35,000.00 |

Creditor's Name
                             **2020 Claas Orbis 900 Cornhead (SN:**
                             **15301435)**
**P.O. Box 2555**            **2020 Claas PU380 136 Pick-up Head (SN:**
**Grand Island, NE 68801**   **13602485)**
_____
Creditor's mailing address

**Describe the lien**

**UCC Financing Statement filed 9/17/2020**
_____
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**4523**

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3 of 15

Debtor　**WATTS CHOPPING**　　　　　　　　　　Case number (if known) _____
　　　　　Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | **Amur Equipment Finance** | Describe debtor's property that is subject to a lien | $239,465.83 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 2555
Grand Island, NE 68801

Creditor's mailing address

**2021 Claas 502-990 Forage Harvester (SN: 50200634)**

Describe the lien
**UCC Financing Statement filed 3/30/2021**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**6953**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Balboa Capital** | Describe debtor's property that is subject to a lien | $13,499.37 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 844803
Los Angeles, CA 90084

Creditor's mailing address

**2011 Freightliner M2 112 6 x 4 Day Cab Truck (SN: 96176)**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**6001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Claas Financial Services** | Describe debtor's property that is subject to a lien | $285,286.59 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

1625 W. Fountainhead Parkway
Scottsdale, AZ 85252

Creditor's mailing address

**2022 Jaguar 990 Forage Harvester (SN 50201703) and NEW Claas PU380 Pickup Head (SN I3604285)**

Describe the lien
**UCC Financing Statement filed 4/15/2022**

---

Debtor    **WATTS CHOPPING**                Case number (if known) _____
Name

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
6569

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **Crestmark Vendor Finance/Pathward** | | $14,587.52 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**a division of Metabank National Assoc.**
**5480 Corporate Drive, Suite 350**
**Troy, MI 48098**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Massy Ferguson 9960 Windrower and 9316S Header Forage Harvester (SN: S14123)**

**Describe the lien**
**UCC Financing Statement filed 6/9/2021**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
3501

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 2 | **Deere & Company** | | $85,572.93 | $140,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**P.O. Box 6600**
**Johnston, IA 50131-6600**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**John Deere 8600 Forage Harvester (SN: 515604); John Deere 778 Hay & Forage Cornhead (SN: 127526); John Deere 649 Hay & Forage Platform (SN: 128567); ZURN 700 Hay & Forage Platform (SN: 30309)**

**Describe the lien**
**UCC Financing Statement filed 3/21/2019**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
5020

---

Debtor    **WATTS CHOPPING**                        Case number (if known) _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Deere & Company** | | |
|---|---|---|---|

Creditor's Name

**6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600**

Creditor's mailing address

Describe debtor's property that is subject to a lien                **$191,382.83**        **$100,000.00**
**John Deere 9700 Forage Harvester (SN 619597); John Deere 1 WXC Kernal processor (SN 010205); and John Deere 770 Hay & Forage Cornhead (SN 134875)**

Describe the lien
**UCC Financing Statement filed 9/27/2019**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**4449**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 4 | **Deere & Company** | | |
|---|---|---|---|

Creditor's Name
**6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600**

Creditor's mailing address

Describe debtor's property that is subject to a lien                **$10,550.75**        **$10,000.00**
**John Deere 649 Hay and forage Platform (SN: 136016)**

Describe the lien
**UCC Financing Statement filed 5/18/2021**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9743**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 5 | **Deere & Company** | Describe debtor's property that is subject to a lien | **$67,661.99** | **$35,000.00** |
|---|---|---|---|---|

---

Debtor   **WATTS CHOPPING**
           Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | John Deere 6195 6195R 195HP Tractor (SN: |
| **6400 NW 86th Street** | **028321)** |
| **P.O. Box 6600** | |
| **Johnston, IA 50131-6600** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC Financing Statement filed 5/18/2021** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4316** | As of the petition filing date, the claim is: |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Financial Pacific Leasing** | Describe debtor's property that is subject to a lien | $38,026.20 | $10,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 Freightliner Day Cab Truck (VIN: GJ2502)** | | |
| | **3455 S 344th Way** | | | |
| | **Auburn, WA 98001** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security Interest** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **7304** | As of the petition filing date, the claim is: | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 7 | **Financial Pacific Leasing** | Describe debtor's property that is subject to a lien | $9,747.46 | $46,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2003 Kenworth T800 T/A Wrinch Tractor (VIN: 99439); 2014 Freightliner (VIN: F4647); 1999 Trinity Truck (VIN: 14110)** | | |
| | **3455 S 344th Way** | | | |
| | **Auburn, WA 98001** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Purchase Money Security Interest** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Debtor   **WATTS CHOPPING**
Name

Case number (if known) _____

**7303**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **First Foundation Bank (Dedicated)** | | | |
|---|---|---|---|---|

Creditor's Name

**18101 Von Karman Avenue, Suite 750**
**Irvine, CA 92612**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7565**

**Describe debtor's property that is subject to a lien**                                $101,926.85          $30,000.00
**2021 Kemper 490 (SN 136736)**

**Describe the lien**
**UCC Financing Statement filed 5/5/2022**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | **First Foundation Bank (Dedicated0** | | | |
|---|---|---|---|---|

Creditor's Name

**18101 Von Karman Avenue, Suite 750**
**Irvine, CA 92612**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7575**

**Describe debtor's property that is subject to a lien**                                $16,884.00          $10,000.00
**2022 Claas PU 380 Pickup Head (SN: 13604278)**

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | **GM Financial** | **Describe debtor's property that is subject to a lien** | $4,268.19 | $20,000.00 |
|---|---|---|---|---|

---

Debtor   **WATTS CHOPPING**                    Case number (if known) _____
         Name

| | |
|---|---|
| Creditor's Name | **2019 GMC Sierra 2500HD** |
| **P.O. Box 183593** | **VIN:XX45737** |
| **Arlington, TX 76096-3834** | |
| Creditor's mailing address | **Describe the lien** |
| | **Purchase Money Security Interest** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **4468** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **JB&B Capital, LLC** | **Describe debtor's property that is subject to a lien** | $424,000.00 | $110,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 Claas 502-990 Forage Harvester (SN 50201782)** | | |
| | **109 S. Northshore Drive, Suite 200** | | | |
| | **Knoxville, TN 37919** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Financing Statement filed 5/17/2022** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0001** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ■ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.2 2 | **M2 Equipment Finance, LLC** | **Describe debtor's property that is subject to a lien** | $71,820.00 | $110,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2020 Jaquar Forage Harvester (SN 50200507)** | | |
| | **175 N. Patrick Blvd., Suite 140** | | | |
| | **Brookfield, WI 53045** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Financing Statement filed 9/15/2020** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

---

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 9 of 15

Debtor     **WATTS CHOPPING**          Case number (if known) _____
           Name

**6045**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 3 | **M2 Equipment Finance, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$42,354.00** | **$20,000.00** |
| | **175 North Patrick Blvd, Suite 140 Brookfield, WI 53045** | **(4) 2009 Versa Silage Boxes (SN Nos. 1233; 1234; 1235; and 1236)** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **UCC Financing Statement filed 2/27/2023** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number **7871** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 4 | **Midland Equipment Finance** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$51,208.72** | **$60,000.00** |
| | **P.O. Box 24245 Seattle, WA 98124-0245** | **2020 Hesston by Massey Ferguson 9970 Tractor (SN: 13180)** | | |
| | Creditor's mailing address | | | |
| | | Describe the lien | | |
| | | **UCC Financing Statement filed 6/30/2020** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number **2272** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 5 | **Navitas Credit Corp** | Describe debtor's property that is subject to a lien | **$13,634.00** | **$15,000.00** |
|---|---|---|---|---|

---

Debtor    **WATTS CHOPPING**
          Name                                     Case number (if known) _____

| Creditor's Name | |
| --- | --- |
| **201 Executive Center Drive, Suite 100 Columbia, SC 29210** | **2017 Macdon 16' Windrower Model M1240 (SN 308026)** |
| Creditor's mailing address | |

**Describe the lien**
**UCC Financing Statement filed 3/24/2022**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4021**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Pawnee Leasing** | Describe debtor's property that is subject to a lien | $74,113.09 | $60,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **WR 9980 OPT-Aire Ride Cab (SN: S14177) and 9316-S Head (SN: RH7142)** | | |
| | **3801 Automation Way, Suite 207 Fort Collins, CO 80525** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Purchase Money Security Interest**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9357**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Targeted Lending** | Describe debtor's property that is subject to a lien | $81,978.71 | $25,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **2021 Kemper 475 Cornheader (SN: 36088)** | | |
| | **P.O. Box 24986 Seattle, WA 98124** | | | |
| | Creditor's mailing address | | | |

**Describe the lien**
**Purchase Money Security Interest**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Debtor    **WATTS CHOPPING**          Case number (if known) _____
      Name

**1145**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.28** | **Verdant Commercial Capital, LLC**
Creditor's Name

**4540 Cooper Road, Suite 305**
**Cincinnati, OH 45242**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0500**

**Describe debtor's property that is subject to a lien**
**2021 Claas PU380 Pickup Head (SN 13603381)**

**Describe the lien**
**UCC Financing Statement filed 3/31/2021**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$59,779.67      $10,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.29** | **Verdant Commercial Capital, LLC**
Creditor's Name

**4540 Cooper Road, Suite 305**
**Cincinnati, OH 45242**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0501**

**Describe debtor's property that is subject to a lien**
**2021 Kemper 490 Plus Header (SN 38078)**

**Describe the lien**
**UCC Financing Statement filed 6/25/2021**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$12,550.46      $90,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.30** | **zInternal Revenue Service**

**Describe debtor's property that is subject to a lien**

$72,833.08      $1,526,563.02

Debtor    **WATTS CHOPPING**            Case number (if known) _____

Name

| | |
|---|---|
| Creditor's Name | **Money on Deposit, Accounts Receivable and Personal Property free and clear of liens** |
| **P.O. Box 145595, STOP 8420G** | |
| **Cincinnati, OH 45250-5585** | |
| Creditor's mailing address | **Describe the lien** |
| | **Federal Tax Lien recorded 12/9/2024** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **6/30/2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3 1**

| | | | |
|---|---|---|---|
| z**Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $76,623.22 | $1,526,563.02 |
| Creditor's Name | **Money on Deposit, Account Receivables and Personal Property free and clear of liens** | | |
| **P.O. Box 145595, STOP 8420G** | | | |
| **Cincinnati, OH 45250-5585** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Federal Tax Lien recorded 1/24/2025** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **3/31/2023 & 9/30/2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ■ No | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.3 2**

| | | | |
|---|---|---|---|
| z**Kern County Treasurer-Tax Collector** | **Describe debtor's property that is subject to a lien** | $64,919.16 | $0.00 |
| Creditor's Name | **Farm Equipment** | | |
| **1115 Truxtun Avenue, 2nd Floor** | | | |
| **Bakersfield, CA 93301-4639** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Unsecured Property Tax Lien recorded 10/9/2024** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

---

Debtor    **WATTS CHOPPING**                              Case number (if known) _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          | $3,039,922.6 1 |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>   List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **AgWest Farm Credit** Accounting Department P.O. Box 240 Rocklin, CA 95677-0240 | Line **2.2** | |
| **Amur Financial Services** P.O. Box 911685 Denver, CO 80291-1685 | Line **2.8** | |
| **Byline Financial Group** 2801 Lakeside Drive, Suite 212 Bannockburn, IL 60015 | Line **2.11** | |
| **Claas Financial Services** Dept. LA 23222 Pasadena, CA 91185-3222 | Line **2.10** | |
| **Contract Care** 105 19th Avenue 300 Seattle, WA 98122 | Line **2.18** | |
| **Dedicated Funding, LLC** 860 East 4500 South, Ste.312 Salt Lake City, UT 84107 | Line **2.18** | |
| **Internal Revenue Service** Ogden, UT 84201-0030 | Line **2.30** | |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | Line **2.30** | |
| **JB&B Capital, LLC** P.O. Box 10068 Knoxville, TN 37939 | Line **2.21** | |
| **John Deere Financial** P.O. Box 4450 Carol Stream, IL 60197-4450 | Line **2.15** | |
| **M2 Equipment Finance** 20800 Swenson Drive, Suite 475 Waukesha, WI 53186 | Line **2.22** | |

| Debtor | __WATTS CHOPPING__ | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Midland States Bank**
1801 Park 270 Drive, Suite 200
Saint Louis, MO 63146

Line __2.24__

**United States Attorney**
**for Internal Revnue Service**
2500 Tulare Street, Room 4401
Fresno, CA 93721

Line __2.30__

**Verdant Commercial Capital**
9987 Carver Road, Ste. 110
Cincinnati, OH 45242

Line __2.28__

**Fill in this information to identify the case:**

Debtor name    **WATTS CHOPPING**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Employment Development Department**
P.O. Box 989061
West Sacramento, CA 95798

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$42,604.38**    Priority amount: **$42,604.38**

Date or dates debt was incurred

Basis for the claim:
**Employee Withholding Taxes**
**Period: 3rd Quarter 2023**
       **4th Quarter 2023**
       **2nd Quarter 2024**
       **3rd Quarter 2024**

Last 4 digits of account number **0479**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address

**A-1 Spring and Supply**
**David Hays**
1632 South Union Avenue
Bakersfield, CA 93307

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,206.73**

Date(s) debt was incurred ___

Last 4 digits of account number **18**

Basis for the claim: __Purchase of parts__

Is the claim subject to offset? ■ No ☐ Yes

**3.2**   Nonpriority creditor's name and mailing address

**Advanced Distribution**
3001 Gateway Avenue
Bakersfield, CA 93307

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$14,364.02**

Date(s) debt was incurred ___

Last 4 digits of account number **0206**

Basis for the claim: __Services rendered__

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **WATTS CHOPPING**                          Case number (if known) _____
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,470.00 |

**Affordable Onsite Services**
**13801 South Union Avenue**
**Bakersfield, CA 93307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Purchase of Parts**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.05 |

**AgWest  Farm Credit**
**3755 Atherton Road**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9100**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,873.18 |

**Aramark**
**P.O. Box  7430**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1478**

Basis for the claim:  **Uniforms**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,530.00 |

**Cranes Waste Oil**
**Enviornmental Services**
**154 12  Highway 178**
**Weldon, CA 93283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,763.94 |

**Discover**
**P.O. Box 30923**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8278**

Basis for the claim:  **Credit card used by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,257.29 |

**Discover**
**P.O. Box 30923**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2367**

Basis for the claim:  **Credit card used by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,799.22 |

**Gregs Petroleum Service**
**P.O. Box 307**
**Delano, CA 93216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4083**

Basis for the claim:  **Purchase of Fuel**

Is the claim subject to offset? ■ No ☐ Yes

Debtor　**WATTS CHOPPING**　　　　　　　　Case number (if known) _____
　　　　　Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |

**3.10** Nonpriority creditor's name and mailing address
**HR Mobile Services, Inc.**
**1850 S. Central Street**
**Visalia, CA 93277**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$2,900.00**

---

**3.11** Nonpriority creditor's name and mailing address
**KMS Mechanics**
**P.O. Box G**
**Pixley, CA 93256**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$54,207.94**

---

**3.12** Nonpriority creditor's name and mailing address
**Lawrence Tractor Company, Inc.**
**2530 Main Street**
**Visalia, CA 93292**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$20,178.49**

---

**3.13** Nonpriority creditor's name and mailing address
**Linde Gas & Equipment**
**Dept LA 21511**
**Pasadena, CA 91185**

Date(s) debt was incurred __
Last 4 digits of account number  **3803**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$7,156.92**

---

**3.14** Nonpriority creditor's name and mailing address
**Marcus By Goldman Sachs Bank**
**Salt Lake City Branch**
**P.O. Box 70321**
**Philadelphia, PA 19176-0321**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card used by Debtor**

Is the claim subject to offset? ■ No ☐ Yes

**$20,887.72**

---

**3.15** Nonpriority creditor's name and mailing address
**MVP Sanitation dba Kern County Sewer**
**P.O. Box 81284**
**Bakersfield, CA 93380**

Date(s) debt was incurred __
Last 4 digits of account number  **2107**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sanitation services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,587.22**

---

**3.16** Nonpriority creditor's name and mailing address
**Napa Auto Parts**
**501 West Inyokern Road**
**Ridgecrest, CA 93555**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

**$1,914.46**

---

Debtor  **WATTS CHOPPING**                         Case number (if known) _____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,088.48 |

**3.17** Nonpriority creditor's name and mailing address
Quinn Company
P.O. Box 849665
Los Angeles, CA 90084

As of the petition filing date, the claim is: Check all that apply.     **$2,088.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **6884**

Basis for the claim: **Purchase of parts**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
Sagaser Watkins & Wieland, PC
5260 North Palm Avenue, Ste. 400
Fresno, CA 93704

As of the petition filing date, the claim is: Check all that apply.     **$12,955.80**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Attorneys fees**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
Sully & Son Hyrdraulics, Inc.
P.O. Box 71270
Bakersfield, CA 93387

As of the petition filing date, the claim is: Check all that apply.     **$12,116.71**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
US Small Business Administration
312 North Spring Street, Fifth Floor
Los Angeles, CA 90012-2678

As of the petition filing date, the claim is: Check all that apply.     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
W.W. Grainger, Inc.
c/o Richard T. Avis
Attorney & Associates
P.O. Box 31579
Chicago, IL 60631

As of the petition filing date, the claim is: Check all that apply.     **$3,102.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1974**

Basis for the claim: **Purchase of parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aramark**<br>c/o CFM Group<br>21110 Powers Ferry Road, Suite 465<br>Atlanta, GA 30339 | Line **3.5**<br><br>☐  Not listed. Explain _____ | __ |
| 4.2 | **Discover**<br>c/o Suttell & Hammer<br>P.O. Box C-9006<br>Bellevue, WA 98009 | Line **3.7**<br><br>☐  Not listed. Explain _____ | __ |

| Debtor | **WATTS CHOPPING** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Employment Development Department** P.O. Box 826215 MIC 3A Sacramento, CA 94230-6215 | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Employment Development Department Bankruptcy Special Procedures** P.O. box 826880 MIC 92E Sacramento, CA 94280 | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.5 | **KMS Mechanics** c/o Commercial Trade 5330 Office Centre Court Bakersfield, CA 93309 | Line **3.11** ☐ Not listed. Explain ____ | _ |
| 4.6 | **US Department of the Treasury Bureau of the Fiscal Service** P.O. Box 830794 Birmingham, AL 35283-0794 | Line **3.20** ☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 42,604.38 |
| 5b. Total claims from Part 2 | 5b.  + | $ 236,442.21 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 279,046.59 |

| Fill in this information to identify the case: |
|---|
| Debtor name **WATTS CHOPPING** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Rental Agreement Description 12842 Eberle Road Bakersfield, CA 93313 Terms: Month-to-month tenancy - $1,800.00 per month Debtor's Interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Garry Watts 13214 Eberle Road Bakersfield, CA 93313** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Type: Equipment Lease Agreement Description: 2012 Manitou M40-2 Rough Terrain Forklift Terms: 60 months Begining Dte: 5/3/2022 Lease No. 301-0017715-000 Debtor's Interest: Lessee** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Wells Fargo Equipment Finance 800 Walnut Street, 4th Floor Des Moines, IA 50309** |

Debtor 1  **WATTS CHOPPING**

First Name     Middle Name     Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.3.    State what the contract or lease is for and the nature of the debtor's interest

**Contract Type: Mobile Office Lease**
**Description: 36 X 10 Mobile Office**
**Terms:  $858.70 per month**

State the term remaining

List the contract number of any government contract  _____

**Williams Scotsman, Inc.**
**4646 East Van Buren Street, Suite 400**
**Phoenix, AZ 85005**

**Fill in this information to identify the case:**

Debtor name　**WATTS CHOPPING**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　_____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* Codebtor　　　　　　　　　　　　　　　　　　　　*Column 2:* Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | Marcus By Goldman Sachs Bank | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.2 | Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | Discover | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.3 | Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | Discover | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.4 | Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | Deere & Company | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | Deere & Company | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **WATTS CHOPPING** | Case number *(if known)* | |
|--------|--------------------|--------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

| 2.6 | Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | Deere & Company | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
|-----|-------------|--------------------------------------------|-----------------|-------------------------------------------|

| 2.7 | Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | AgWest  Farm Credit | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
|-----|-------------|--------------------------------------------|---------------------|------------------------------------------|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **WATTS CHOPPING** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | $11,347.05 |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | $2,926,854.10 |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | $3,478,805.20 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **WATTS CHOPPING**                          Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally Financial** P.O. Box 380902 Minneapolis, MN 55438 | **2019 GMC Sierra Truck (VIN: 66309)** | | $9,413.25 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **M2 EQUIPMENT FINANCE** vs. **WATTS CHOPPING** **2024CV002068** | **Complaint** | **Waukesha County Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **WATTS CHOPPING** _____    Case number (if known) _____

---

**Part 5:**    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | Debtor paid a retainer of $25,000.00 to the Law Offices of Young Wooldridge before the filing of Debtor's Voluntary Petition Under Chapter 11. The Law Offices of Young Wooldridge applied $13,969.70 of the retainer to fees and costs incurred before the filing of Debtor's Chapter 11 case. The balance of the retainer received from Debtor is on deposit in the Law Offices of Young Wooldridge's Attorney-Client Trust Account and will be credited against fees and costs incurred in Debtor's Chapter 11 | | |
| | **Law Offices of Young Wooldridge**<br>**10800 Stockdale Highway, Suite 202**<br>**Bakersfield, CA 93311** | | **2/7/2025 = $4,861.70**<br>**2/21/2025 = $9,108.00** | **$13,969.70** |

**Email or website address**
lwelsh@youngwooldridge.com

**Who made the payment, if not debtor?**

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

□ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor   __WATTS CHOPPING_____      Case number (if known) _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Richie Bros | 2015 New Holland SR260 19' 4" Swather Windrower (SN YFG676648) | 12/6/2024 | $48,380.00 |
| | Relationship to debtor None | | | |
| 13.2 | Versa Corporation | Versa ID1012 Bagger and 12 ft Tunnel (SN: VIDC1012E982301) | 1/24/2024 | $117,786.27 |
| | Relationship to debtor None | | | |
| 13.3 | Thomas Pros Spreading, Inc. | 2011 Danco Trailer (SN 1D9109J288BT02505 | 2/15/2024 | $55,000.00 |
| | Relationship to debtor None | | | |
| 13.4 | | 2008 Cat 324 D Long Reach Hydraulic Excacator<br><br>2008 Cat 324 D Long Reach Hydraulic Excavator (SN: CAT0324DKJG00774) 2007 John Deere 5525 2WD Tractor (SN: LV5525R354755) Frontier TD2427 (SN: 1XPGDU9X7YS509897) 2000 Peterbuilt 377 (SN: 1XPGDU9X7YS509897) 2008 Case IH Steiger 385H (SN: Z8F109439) | | |
| | Richie Bros | | 2/16/2024 | $104,435.65 |
| | Relationship to debtor None | | | |
| 13.5 | Justin and Hayley Watts | 2015 Dodge Hellcat - VIN: XX59234 2016 GMC Pickup - VIN: XX17555 2014 Dodge Ram Truck - VIN: XX37208 2016 GMC Pickup - VIN: XX72013 | 10/30/2024 | $116,379.26 |
| | Relationship to debtor Son and daughter-in-law (Vice President and Secretary) | | | |
| 13.6 | Ritchie Bros. | 2013 Krone Easy Flow 380 ft Pickup Header (SN: 858884) | 3/7/2024 | $712.50 |
| | Relationship to debtor None | | | |

Debtor  **WATTS CHOPPING**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7. | **Ritchie Bros.** | **2015 New Holland SR260 19ft 4 in Swather Windrower (SN: YFG676648)** | **11/29/2023** | **$48,380.00** |
| | Relationship to debtor **None** | | | |
| 13.8 | **Ritchie Bros.** | **1999 Chevrolet C7500 6x4 Flatbed Truck (VIN: 1GBT7H4C2XJ108009)** | **8/10/2023** | **$7,667.00** |
| | Relationship to debtor **None** | | | |
| 13.9. | **Ritchie Bros.** | **Shop Press** <br> **Cincinnati Bickford - Industrial Plan Equipment** <br> **Kearney & Tecker - Industrial Plant Equipment** <br> **Quantity of Mills Bits - Industrial Plant Equipment** <br> **Axieson Lathe** <br> **Air Conditioner** <br> **Warner & Swasey Lathe** <br> **(3) Tool Cabinets** <br> **Miscellaneous Pipeline** | **5/11/2023** | **$345.00** |
| | Relationship to debtor **None** | | | |
| 13.10. | **Versa Corporation** | **Versa ID1014 Bagger with 12 and 14 ft Tunnels, Cummins QSX 550HP Diesel (VID1014204011063)** | **2/12/2025** | **$276,000.00** |
| | Relationship to debtor **None** | | | |

**Part 7:**  **Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   **Address**                                                          **Dates of occupancy From-To**

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   **Facility name and address**           **Nature of the business operation, including type of services the debtor provides**          **If debtor provides meals and housing, number of patients in debtor's care**

Debtor  **WATTS CHOPPING**                                    Case number *(if known)* _____

---

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☒ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☒ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** | **XXXX-0529** | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/31/2024** | **$0.00** |
| 18.2. | **Wells Fargo Bank** | **XXXX-9639** | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/31/2024** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **WATTS CHOPPING** | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **Watts Chopping**<br>**13214 Eberle Road**<br>**Bakersfield, CA 93313** | **Ag/Harvesting** | **Dates business existed**<br>EIN:      **80-0825521**<br><br>From-To   **1984 to Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor   **WATTS CHOPPING**                              Case number *(if known)* _____

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Tara Tobin**<br>**5201 California Avenue, Suite 200**<br>**Bakersfield, CA 93309** | |
| 26a.2. | **Marlene Koostra**<br>**14215 La Cascada Court**<br>**Bakersfield, CA 93314** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Garry Watts | 13214 Eberle Road<br>Bakersfield, CA 93313 | President/Chief Financial Officer | 100% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Justin Watts | 13348 Eberle Road<br>Bakersfield, CA 93313 | Vice Present | None |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Hayley Watts | 13348 Eberle Road<br>Bakersfield, CA 93313 | Secretary | None |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   __WATTS CHOPPING_____   Case number *(if known)*  _____

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Garry Watts**<br>**13214 Eberle Road**<br>**Bakersfield, CA 93313** | $27,900.00 | 2024 | Rent |
| | **Relationship to debtor**<br>**President/Chief Financial**<br>**Officer** | | | |
| 30.2 . | **Justin Watts**<br>**13348 Eberle Road**<br>**Bakersfield, CA 93313** | $127,500.00 | 2024 | Salary |
| | **Relationship to debtor**<br>**Vice President** | | | |
| 30.3 . | **Hayley Watts**<br>**13348 Eberle Road**<br>**Bakersfield, CA 93313** | $42,907.50 | 2024 | Salary |
| | **Relationship to debtor**<br>**Secretary** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                        **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                        **Employer Identification number of the pension fund**

Debtor   __WATTS CHOPPING_____    Case number *(if known)* _____

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February 19, 2025_____

__/s/ Garry Edward Watts_____        __Garry Edward Watts_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __Chief Executive Officer_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes